FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 12 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Information |
|---|---|
| v. | No. 1:16-CR-00317 |
| KEVIN EDWARDS | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 1, 2010, through on or about May 15, 2012, in the Northern District of Georgia, the defendant, KEVIN EDWARDS, did steal, purloin, and knowingly convert to his own use and the use of another, money of the United States and the United States Department of Labor, having a value of more than $1,000, that is, federal grant money administered by the United States Department of Labor and the Atlanta Work Force Development Agency that was paid to the defendant's companies, as a result of the defendant's false and fraudulent statements, in violation of Title 18, United States Code, Section 641.

**Forfeiture**

1. Upon conviction for the offense alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds obtained directly or indirectly as a result of said violation, including but not limited to a personal money judgment in the amount of the value of the proceeds of said offense.

2. If, as a result of any act or omission of the defendant, any property subject

to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

JOHN A. HORN
*United States Attorney*

/s/ Jeffrey A. Brown

JEFFREY A. BROWN
*Assistant United States Attorney*
Georgia Bar No. 088131

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181