FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 1 2 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| Kevin Edwards | 1:16-CR-00317 |

I, Kevin Edwards, the above named defendant, who is accused of Embezzlement of Government Property being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 12, 2016 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Kevin Edwards
Defendant

_____
Janice Singer-Capek, Esq.
Counsel for Defendant

Before _____
           Judicial Officer