U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 1 2 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2013R00809)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.

MAGISTRATE CASE NO.    1:16-CR-317

Indictment
DATE:

X Information
DATE: September 12, 2016

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
KEVIN EDWARDS

SUPERSEDING INFORMATION
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: Jeffrey A. Brown
Defense Attorney: Janice A Singer-Capek, Esq.