

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

November 22, 2016

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

    Re: U.S. v. Kevin Edwards (1:16-cr-00317-SCJ-1)
       U.S. v. Nathan Van Buren (1:16-cr-00243-ODE-JFK-1)
       U.S. v. Otis Shannon (1:16-cr-00218-LMM-RGV-1)
       U.S. v. Matthew Harrell (1:16-cr-00218-LMM-RGV-2)
       U.S. v. Denise Dixon (1:16-cr-00218-LMM-RGV-3)
       U.S. v. Geovon Martin (1:16-cr-00218-LMM-RGV-4)
       U.S. v. Marion Simpson (1:16-cr-00218-LMM-RGV-5)
       U.S. v. Sharon Zellner (1:16-cr-00218-LMM-RGV-6)
       U.S. v. Derrick McDow (1:16-cr-00218-LMM-RGV-7)
       U.S. v. Cortim Martin (1:16-cr-00218-LMM-RGV-8)
       U.S. v. Jonathan Dupiton (1:16-cr-00047-LMM-AJB-1)
       U.S. v. Stephanie Dupiton (1:16-cr-00047-LMM-AJB-2)
       U.S. v. Angelo Alleca (1:15-cr-00458-LMM-AJB-1)
       U.S. v. Mark Morrow (1:15-cr-00458-LMM-AJB-2)
       U.S. v. Damilola Solomon Ibiwoye (1:15-cr-00457-UNA-1)
       U.S. v. Olayinka Olaniyi (1:15-cr-00458-UNA-1)
       U.S. v. Anthony Lepore (1:15-cr-00367-WSD-JKL-1)
       U.S. v. John Rife (1:15-cr-00367-WSD-JKL-2)
       U.S. v. Brian Domalik (1:15-cr-00367-WSD-JKL-3)
       U.S. v. Charlie Brewer (1:12-cr-00389-AT-GGB-4)
       U.S. v. George Whitmore, Jr. (1:10-MJ-01295-JFK-1)
       U.S. v. Mark Joshua Ruark (1:10-cr-00160-ODE-JKL-1)
       U.S. v. John Arthur Bell (1:09-MJ-00325-RGV-1)
       U.S. v. Ronald Escobar-Aguinada (1:09-cr-00475-WSD-JSA-4)

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from  December 19, 2016 to December 23, 2016; January 10, 2017 to January 13, 2017; February 17th, 20th, 21st, March 17th, and April 3rd, 4th, 5th, 6th, 7th, 2017.

  I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

            Sincerely,

            JOHN A. HORN
            *United States Attorney*

            */s/ Jeffrey A. Brown*

            JEFFREY A. BROWN
            *Assistant United States Attorney*

Cc via ECF:  Defense Counsel of Record