UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO.<br>1:16-CR-0317-SCJ |
| KEVIN EDWARDS | |

### NOTICE OF SENTENCING DATE

**TO THE ABOVE NAMED DEFENDANT:**

By direction of the Honorable Steve C. Jones, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on , this matter is hereby set for a **SENTENCING HEARING** on **THURSDAY, MAY 18ND, 2017 AT 11:00 A.M.,** in Courtroom 1906 , United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia for imposition of sentence. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be Completed and that you report immediately to the United States Probation Office of this Court for interview and further instruction (9th Floor, U.S. Courthouse).

DATE: December 13, 2016

DEFENDANT: _____          JAMES N. HATTEN, CLERK
           Kevin Edwards

COUNSEL: _____             By: s/Pamela Wright
         Janice Singer-Capek                Courtroom Deputy Clerk

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the attention of the Court as soon as possible by having your attorney call Pamela Wright at 404-215-1284

cc: AUSA, defendant, counsel, USPO